FILED
2009 SEP 10 AM 10:49
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRAHAM RAWAK-GERMAN,<br><br>  Plaintiff,<br>vs.<br><br>WASHINGTON MUTUAL BANK;<br>QUALITY LOAN SERVICE CORP.; and<br>NATIONAL CITY BANK,<br><br>  Defendants. | CASE NO. 09-CV-1082-IEG (AJB)<br><br>ORDER GRANTING JOINT MOTION TO DISMISS CASE<br><br>(Doc. No. 2) |

Pursuant to the parties' joint motion to dismiss the case, and for good cause appearing, the above-caption action is hereby dismissed.

**IT IS SO ORDERED.**

Dated: 9/9/09

IRMA E. GONZALEZ, Chief Judge
United States District Court